# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>JOSEPH TYLER CONLIN<br><br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY #09-22613 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

__X__B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**
FIA Card Services/NA/Bank of America          $4.51


The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$4.51** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 22nd day of January, 2010.

_____/s/_____
Steven R. Bailey, Trustee